WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Theodore Jacob Jones, | ) | No. CV-12-435-PHX-SRB-LOA |
| Plaintiff, | ) ) | **ORDER** |
| vs. | ) ) | |
| CO II Forbs, et al., , | ) ) | |
| Defendant. | ) ) ) | |

     This matter is before the Court on Plaintiff's "Order Arizona Dept of Corrections to Furnish Address for (A Sanchez)" [sic]. (Doc. 13)  Plaintiff commenced his civil rights action pursuant to 42 U.S.C. § 1983 on March 1, 2012. (Doc. 1) Neither Defendant has yet been served. (Docs. 14, 15) Plaintiff now alleges that he has been informed that Defendant Sanchez was fired based on conduct involving Plaintiff.  Because Plaintiff does not have Defendant Sanchez' current address, he asks the Court to order Director Ryan to provide Plaintiff with Defendant Sanchez' last known address.

     Plaintiff has not provided the Court with any information regarding the steps he has taken to obtain the address of Defendant Sanchez, such as searching the internet, telephone books, or other public records to secure a valid address for Defendant Sanchez.  Rather, he asks the Court to Order ADOC Director Charles Ryan to provide service information on Defendant Sanchez so that service can be accomplished.

     In an abundance of caution, the Court will grant Plaintiff an extension of time to

1  complete service to permit him to conduct discovery to secure the requisite service
2  information for Defendant Sanchez. The Court will allow Plaintiff until September 12, 2012
3  to either provide the last known address of Defendant Sanchez to the United States Marshal
4  Service or to identify the proper employee at the ADOC who can provide the service
5  information needed by the Marshals to serve the Complaint, and secure the information
6  through *subpoena* or otherwise. The Marshal's inability to affect service on Plaintiff's behalf
7  is good cause for the extension of time. *Pruett v. Blandford,* 912 F.2d 270, 276 (9th Cir.
8  1990).

9  Accordingly,

10  **IT IS ORDERED** that Plaintiff's Request to Order the Arizona Department of
11  Corrections to Furnish the Address for (A Sanchez) [sic], doc. 13, is **DENIED.**

12  **IT IS FURTHER ORDERED** that Plaintiff shall have until September 12, 2012 to
13  discover by subpoena or otherwise the service information for Defendant Sanchez.

14  **IT IS FURTHER ORDERED** that the Clerk of the Court shall issue and send
15  Plaintiff five subpoenas in blank.

16  Dated this 13th day of July, 2012.

*[signature]*
Lawrence O. Anderson
United States Magistrate Judge