**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Theodore Jacob Jones, ) | No. CV-12-435-PHX-SRB (LOA) |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| ) | |
| Forbs, et. al, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

This matter arises on Plaintiff's Motion for Discovery.  (Doc. 17)

Plaintiff filed a Prisoner Civil Rights Complaint pursuant to 42 U.S.C. § 1983 on March 1, 2012. (Doc. 1)  Plaintiff filed a First Amended Complaint on May 3, 2012.  On June 22, 2012, the Court screened Plaintiff's First Amended Complaint pursuant to 28 U.S.C. § 1915(A)(a) and ordered that, liberally construed, Plaintiff has stated Eighth Amendment claims against Defendants Forbs and Sanchez. The Court ordered those Defendants to answer the First Amended Complaint. (Doc. 11 at 3) To date, neither Defendant has been served.

The Court will deny Plaintiff's Motion for two reasons: 1) it is premature as no Defendant has yet been served, and 2) it is not necessary at this juncture for Plaintiff to file a Motion for Discovery.  Once the proper Defendants are served, he can simply propound discovery on the Defendants consistent with the Federal Rules of Civil Procedure.

Accordingly,

1   ///

2   **IT IS ORDERED** that Plaintiff's Motion for Discovery, doc. 17, is **DENIED.**

3       Dated this 20th day of July, 2012.

                               Lawrence O. Anderson
                           United States Magistrate Judge