**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Theodore Jacob Jones, | ) | No. CV-12-435-PHX-SRB (LOA) |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Forbs, et. Al, | ) | |
| Defendant. | ) | |

This matter arises on the submission of Plaintiff's subpoena for service on Charles L. Ryan, received on July 17, 2012. (Doc. 18).

On July 10, 2012, Plaintiff filed a Motion to Order the Arizona Department of Corrections to furnish the address of Defendant A. Sanchez to Plaintiff. (Doc. 13) The Court denied Plaintiff's request on July 13, 2012, and instead ordered Plaintiff to discover by subpoena or otherwise the service information for Defendant Sanchez. (Doc. 16) The Court further ordered that the Clerk of Court send Plaintiff five subpoenas in blank to assist Plaintiff in the discovery of Defendant Sanchez's current address. Plaintiff has been granted *in forma pauperis* status. (Doc. 7). Title 28 U.S.C. § 1915(d) provides that officers of the court shall issue and serve all process in *in forma pauperis* cases. However, in this case, the subpoena returned by Plaintiff exceeded the scope of the Court's order and sought discovery unrelated to Defendant Sanchez's address, such as, incident, disciplinary, and medical reports. Therefore, the Court will quash the subpoena, doc. 18, received by Plaintiff and

1  order Plaintiff to file a proper subpoena in accordance with the Court's July 10, 2012 order
2  which only allows Plaintiff to seek information relating to the last known address of
3  Defendant Sanchez.
4      Accordingly,
5      **IT IS ORDERED** that Plaintiff's subpoena received on July 17, 2012, doc. 18, is
6  **QUASHED** and shall not be served.
7      Dated this 20th day of July, 2012.

_____
Lawrence O. Anderson
United States Magistrate Judge