1    **WO**

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                       FOR THE DISTRICT OF ARIZONA

8

9    Theodore Jacob Jones,                    )    No. CV-12-435-PHX-SRB (LOA)
                                               )
10                      Plaintiff,             )    **ORDER**
                                               )
11   vs.                                       )
                                               )
12                                             )
     CO II Forbes, et al.,                     )
13                                             )
                       Defendant.              )
14                                             )
     _____      )

15

16          This matter is before the Court on Plaintiff's Motion for Status of Service, doc. 28.

17   Specifically, Plaintiff requests the status on the service of Defendant Forbes.

18          Plaintiff filed a *pro se* Prisoner Civil Rights Complaint on March 1, 2012, doc. 1, and

19   a First Amended Complaint, doc. 9, on May 3, 2012.  After the mandatory screening process

20   pursuant to 28 U.S.C. § 1915(A)(2), Defendants Forbes and Sanchez were ordered to answer

21   the amended complaint. (Doc. 11) Plaintiff requested the Arizona Department of Corrections

22   to provide him with the last known address of Defendant Sanchez for the purpose of service.

23   (Doc. 13) The Court provided Plaintiff with five blank subpoenas in which to discover

24   service information on Defendant Sanchez and the Court also extended the service deadline

25   date. (Doc. 16) Defendant Sanchez was served on August 22, 2012. (Doc. 26) On September

26   4, 2012, the Court issued an order which addressed, among other things, service on

27   Defendant Forbes. (Doc. 27) In that Order, the Court denied Plaintiff's Motion for Forms,

28   noting that it had provided Plaintiff with five blank subpoenas, Defendant Sanchez had been

1  served, and that Plaintiff provided no explanation as to why he needed additional forms. (*Id.*

2  at 2-3)  The Court further noted that Plaintiff should have sufficient remaining subpoena

3  ability to obtain Defendant Forbes' address, but if not, and, if Plaintiff complied with the

4  Court's September 4, 2012 Order, the Court would provide Plaintiff with additional

5  subpoenas. (*Id.*) Plaintiff has not asked for additional subpoenas, nor has he shown that he

6  does not have remaining blank subpoenas from those previously issued for Defendant

7  Sanchez.

8        Defendant Sanchez filed an Answer on September 12, 2012. (Doc. 29) Although

9  Defendant Sanchez' Answer references "Defendants" in the plural, it does not appear that

10  Defendant Forbes or Defendant Forbes made an appearance in this Answer. In an abundance

11  of caution, the Court will order, among others, that Defendant Sanchez to provide the last

12  known address of Defendant Forbes under seal to the Clerk's Office so that Plaintiff may

13  properly have Defendant Forbes served by the U.S. Marshals Service.

14        Accordingly,

15      **IT IS ORDERED** that Plaintiff's Motion for Status of Service, doc. 28, is

16  **GRANTED.**

17       **IT IS FURTHER ORDERED** that on or before **Friday, September 28, 2012,**

18  Defendant Sanchez, who has been served and has appeared in this action, shall provide under

19  seal the last known address of Defendant Forbes to the Clerk's Office. Alternatively,

20  Defendant Sanchez may file a notice accepting service on behalf of Defendant Forbes or

21  Defendant Forbes may file a written waiver of service pursuant to Rule 4(d), Fed.R.Civ.P.

22  Except for disclosure to the U.S. Marshals Service, Defendants addresses shall be kept

23  confidential and any documents relating to service on a Defendant named herein shall be

24  filed under seal.

25      **IT IS FURTHER ORDERED** that:

26      1. Upon receipt of the address of Defendant Forbes, the Clerk of Court shall complete

27  service packet and forward it to the United States Marshal Service.

28       2.  Service shall be made within sixty (60) days of the date of this order at

1  Government expense by the United States Marshal Service or his authorized representative

2  pursuant to Rule 4(e)(1) of the Federal Rules of Civil Procedure. Failure to accomplish

3  service within this time period may result in dismissal of Plaintiff's claims against any

4  unserved defendant for failure to serve pursuant to Fed. R. Civ. P. 4(m).

5       3. Defendant Forbes shall have **twenty-one (21) days** from the date of service within

6  which to answer or otherwise respond to the Complaint as provided by the Federal Rules of

7  Civil Procedure.

8       4. Any answer or responsive pleading shall state the specific Defendant(s) by name

9  on whose behalf it is filed.  The Court may strike any answer or responsive pleading that

10  does not identify the specific Defendant(s) by name on whose behalf it is filed.

11       Dated this 13th day of September, 2012.

12

13

14                     Lawrence O. Anderson
                   United States Magistrate Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28