**WO**

1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT

7                        FOR THE DISTRICT OF ARIZONA

8

9    Theodore Jacob Jones,                    )    No. CV-12-435-PHX-SRB (LOA)
                                              )
10                    Plaintiff,              )    **ORDER**
                                              )
11   vs.                                      )
                                              )
12                                            )
     CO II Forbes, et al.,                    )
13                                            )
                      Defendant.              )
14                                            )
     _____)
15

16          This matter is before the Court on Plaintiff's Motion for an Injunction and for

17   Immediate Relief filed on October 10, 2012. (Doc. 35)

18          Plaintiff seeks "immediate emergency relief" by way of an injunction that he be

19   moved or transferred to another facility, particularly one not governed by the Arizona

20   Department of Corrections ("ADOC").   (*Id.* at 1) Plaintiff's position is that ADOC

     employees and supervisors are retaliating against him for having filed the present lawsuit.
21
     Plaintiff alleges that he has been assaulted and denied proper medical care. (*Id.* at 4).
22
            The only Defendant served in this case to date is Defendant Sanchez.  Plaintiff is
23
     attempting to have the other remaining Defendant, Defendant Forbes, served.  The Court will
24
     order that Defendant Sanchez file a response to Plaintiff's motion no later than and including
25
     Tuesday, October 23, 2012.
26
     ///
27
     ///
28

1   Accordingly,

2        **IT IS ORDERED** that Defendant Sanchez shall file a Response to Plaintiff's Motion

3   for Injunctive Relief by and including **TUESDAY, OCTOBER 23, 2012**.

4   DATED this 18th day of October, 2012.

5

6

7                              Lawrence O. Anderson
                               United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28